McConaha v. Carr.

against *Patterson* it is affirmed. Costs to be apportioned between *Patterson*, and *Prior*, the appellee.

*W. T. Otto,* for the appellants.

*R. Crawford,* for the appellee.

---

### McConaha v. Carr.

The word *testimony* is not synonymous with the word *evidence* as required by the 30th rule of the Supreme Court to be used in bills of exceptions.

APPEAL from the *Hancock* Common Pleas.

*Per Curiam.*—This was an action by *Carr* against the appellant. Trial; verdict and judgment for the plaintiff.

It is claimed that the verdict is not sustained by the evidence, and that the Court erred in giving and refusing instructions.

The evidence can not be regarded as in the record. Some testimony is set out, and it is certified that "the above and foregoing testimony was the testimony, and all the testimony, given in the said cause." This was not a compliance with the 30th rule. It has been held in several cases that the word "testimony" is not synonymous with evidence.

No special objection has been pointed out to the instructions given, and we think they are right as applied to a state of facts that might have been proven. The instructions refused, if right in the abstract, may have been refused because inapplicable to the case made by the evidence.

The judgment below is affirmed, with costs.

*T. D. & R. L. Walpole,* for the appellant.